# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES D. JURBALA, | : | |
| Plaintiff | : | CIVIL NO. 3:14-CV-1238 |
| | : | |
| v. | : | (JUDGE NEALON) |
| | : | |
| UNITED STATES OF AMERICA, | : | (MAGISTRATE JUDGE CARLSON) |
| Defendant | : | |

## ORDER

**NOW**, **THIS 4TH DAY OF AUGUST, 2015,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 35), is **ADOPTED**;

2. Plaintiff's motion for findings of fact and conclusions of law, (Doc. 31), is **DENIED**;

3. The case is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**